WILEY NATHAN HULSEY
319 CARTER RD
HATTIESBURG, MS 39401

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MERIT HEALTH WESLEY
5001 HARDY ST
HATTIESBURG, MS 39402

ADVANCE AMERICA
3901 HARDY ST
HATTIESBURG, MS 39402

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

AFFIRM
443 IRVING DR
BURBANK, CA 91504

NATIONAL DEBT RELIEF
11 BROADWAY
STE 1600
NEW YORK, NY 10004

AMEX
PO BOX 981535
EL PASO, TX 79998

NETCREDIT
ATTN: BANKRUPTCY
175 W. JACKSON BLVD
STE 600
CHICAGO, IL 60604

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-05

REGIONS BANK
ATTN: BANKRUPTCY
2050 PARKWAY OFFICE
BIRMINGHAM, AL 35244

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

SEQUIUM ASSET SOLUTION
1130 N CHASE PKWY
STE 150
MARIETTA, GA 30067

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

CREDIT NINJA
27 N WACKER DR
#404
CHICAGO, IL 60606

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896